IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

JUAN M. BARRERA,

        6:12-cv-01631-CL

      Plaintiff,

     v.                        **ORDER**

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security

      Defendants.

_____

**PANNER, District Judge:**

   Magistrate Judge Mark D. Clarke filed a Findings and

Recommendation (#19), and the matter is now before this court.

See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no

objections have been filed, this court reviews the legal

principles *de novo*. See <u>Lorin Corp. v Goto & Co., Ltd.</u>, 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Findings and Recommendation (#19). The Commissioner's decision is REVERSED and the case is REMANDED for further proceedings consistent with the Findings and Recommendation.

IT IS SO ORDERED.

DATED this __*13*__ day of December, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER